UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PERRY OSBORNE MACKALL,

        Plaintiff,                Civil No. 05-10112-BC

v.                                        Honorable David M. Lawson

PATRICIA L. CARUSO, STEPHEN H.
MARSCHKE, JOHN RUBITSCHUN,
CARMEN D. PALMER, DANIEL J.
WILSON, WILLIAM CHRISTIAN, III,
LILLIAN TEFFT, HARESH R. PANDYA,
JULIE TUDOR, JAN TROMBLEY, E. HUNT,
DENNIS KENNEDY, MIKE COX, R. SMITH,
PATRICIA BEST, PAUL H. RENICO,
JAMES TOWNSEND, DAVID FENBY,
BETH DAVIS, JANE DOE, KRAWCZAK,
RICKEY COLEMAN, WILLIAM ADAMS,
VICKI MC CABE, JOSEPH NOVAK,
BILLY RAY THOMPSON, DAVID
MULLIKIN, JOHN DOE, P. SALAMINO,
PAULA MEYER and MICHIGAN
DEPARTMENT OF CORRECTIONS,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

This matter is before the Court on the report issued by Magistrate Judge Charles E. Binder on July 28, 2005 pursuant to 28 U.S.C. § 636(b)(1)(B) and E.D. Mich. LR 72.1 recommending that the Court *sua sponte* dismiss the complaint in this case because the plaintiff has failed to exhaust available administrative remedies. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, the plaintiff did not file any objections. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149

(1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt # 8] is **ADOPTED**, and the complaint is **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: August 17, 2005

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 17, 2005.

s/Tracy A. Jacobs  
TRACY A. JACOBS